**EXHIBIT 1**

## EMPLOYMENT CONTRACT
## GARDEN CITY COMMUNITY COLLEGE PRESIDENT

This Employment Contract (Contract) is made this _____ day of_____, 2011, between the **Board of Trustees of Garden City Community College, Garden City, Finney County, Kansas** (Board), and **Dr. Herbert J. Swender** (President).

IT IS AGREED AS FOLLOWS:

1. **EMPLOYMENT.** The President is hereby hired and retained as the President of Garden City Community College, Garden City, Finney County, Kansas (GCCC).

2. **TERM OF CONTRACT.** This Contract shall be for a term of three (3) years, commencing the 1st day of July, 2011 and ending on the 30th day of June, 2014, unless terminated earlier by the parties, as allowed by paragraph 6 of this Contract. Unless the Board gives notice to the President of its intent not to extend the term of this Contract for an additional one (1) year period, on or before April 1st of each Contract year, the term of this Contract shall be automatically extended for one (1) additional year. The President shall have the right to notify the Board on or before April 1st of each Contract year, if he does not desire to have this Contract extended for an additional one (1) year period.

3. **DUTIES.** The duties and responsibilities of the President shall include those set forth in the Policy Governance of the Board regarding the President, which are incorporated by reference as if fully set out in this Contract, and such other duties as may be assigned by the Board incidental to the office of President.

4. **SALARY.** The President shall receive a salary of $140,000 per year, paid in twelve (12) equal installments. The parties stipulate and agree that the compensation to be paid to the President for the second and subsequent years of this Contract shall be subject to negotiation between the parties. PROVIDED, HOWEVER, that the compensation to be paid shall not be less than the compensation paid for the previous year. If the parties do not reach an agreement on compensation to be paid for the second, or a subsequent year, this Contract is subject to termination pursuant to paragraph 6.

5. **BENEFITS.** The President shall be provided the following benefits:

    A. **VACATION LEAVE.**

    Four (4) weeks (20 business days) per year. A maximum of thirty (30) days per year may be carried over to the next year. Upon termination of employment, whether voluntarily or involuntarily, a maximum of thirty (30) days vacation will be considered accrued vacation for the purpose of paying for any remaining vacation benefit.

    B. **SICK LEAVE.**

    Ten (10) days per year, accruing up to a total of sixty (60) days. Upon termination of employment, whether voluntarily or involuntarily, unused sick days will not be paid.

    C. **HEALTH INSURANCE.**

    Full family health insurance coverage, including dental, paid at the full rate by the Board.

    D. **ANNUITY.**

Annual contribution to an annuity, equal to seven percent (7%) of annual salary.

E. MOTOR VEHICLE ALLOWANCE.

Five Hundred Dollars ($500) per month, plus fuel costs for travel related to duties. President shall maintain accurate records to support travel related to duties.

F. PHYSICAL EXAMINATION.

Payment of costs not paid by health insurance, for complete annual physical examination, including normal and routine diagnostic tests, at nationally recognized clinic. Other diagnostic tests, if desired by President, shall be paid for by President, if not covered by health insurance.

G. LIFE INSURANCE.

Five Hundred Thousand Dollar ($500,000) term life insurance policy payable to the designated beneficiaries chosen by President.

H. NATIONAL MEETINGS/CONFERENCES.

Paid expenses for President and spouse to attend two (2) national meetings/conferences per year, pre-approved by the Board.

I. CELL PHONE.

Payment for cell phone, monthly fee, and any usage charges directly related to President's duties.

J. SERVICE CLUB MEMBERSHIP DUES.

Payment of service club membership dues.

K. SOCIAL CLUB MEMBERSHIP DUES.

Payment of monthly dues to The Golf Club at Southwind. President shall be personally responsible for charges for food, entertainment or golf unless related specifically to college activities and fundraising.

L. COLLEGE SPONSORED ACTIVITIES/PROGRAMS.

Pass for President and immediate family to all college sponsored activities and the GCCC Super Circuit Wellness Center.

M. MOVING EXPENSE.

Reimbursement of moving expenses to Garden City, Kansas in 2011 up to a maximum of $11,500.

N. **GENERAL BENEFITS AFFORDED OTHER ADMINISTRATIVE EMPLOYEES OF GCCC.**

HOLIDAYS
- Independence Day
- Labor Day
- Thanksgiving
- Christmas/New Year's
- President's Day
- Spring Holiday
- Memorial Day
(Specific dates for the holiday schedule shall be established by the calendar adopted each school year.)

RETIREMENT
- President is covered by Kansas Public Employees Retirement System.

IRS 125 PLAN
- Internal Revenue Code Section 125 Cafeteria Salary Reduction Plan Participation.

GCCC TUITION
- Free GCCC tuition for President, spouse, and dependents who are under the age of 21 years and are still financially supported by President.

6. **TERMINATION.** This Contract may be terminated as follows:

A. Mutual agreement of the parties.

B. By the Board, in the event of the disability, incapacitation, or illness of the President, subject to all rights afforded the President by federal and state laws. Should an issue arise concerning the ability of the President to continue his duties due to a medical reason, the Board may require the President to submit to a medical examination, to determine fitness for duty and whether the President is capable of performing the duties of his position. If the President is terminated under the provisions of this clause, he will only be entitled to be paid compensation through the date of termination and he will have no property right to compensation for any remaining term of employment that might exist by reason of this Contract.

C. By the Board, for cause. For cause shall be deemed to be any reason which would be in the best interest of the Board and GCCC, including, but not limited to, violation of Board Policy Governance, federal, state, or local law, unprofessional conduct, immorality, incompetency, insubordination, or any other conduct which results in an adverse impact upon the Board or GCCC, its students or staff. If the President is terminated for cause, he will only be entitled to be paid compensation through the date of termination and he will have no property right to

compensation for any remaining term of employment that might exist by reason of this Contract.

   D. Death of President.

7. **Breach of Contract.** Should the Board be required to initiate legal action to enforce this Contract as a result of a breach by the President, the Board shall be entitled to recover reasonable attorney fees and costs, from the President, unless the President wins said legal action or the matter is settled prior to or during trial.

8. **Nonappropriation of Funds.** This Contract is subject to the terms and provisions of the Cash Basis Law, K.S.A. 10-1101 et seq., and the Kansas Budget Law, K.S.A. 79-2925 et seq.

9. **General Provisions**.

   (a) All notices which are required or which may be given hereunder shall be considered as properly given if delivered in writing, personally, or sent by first class mail, and addressed as follows:

   If to Board:      Board of Trustees
                     Garden City Community College
                     801 Campus Drive
                     Garden City, Kansas  67846

   If to President:  Dr. Herbert J. Swender
                     _____
                     _____

   Notices shall be deemed given as of the date of personal service. Notices served by mail shall be deemed to be given on the date on which such notice is deposited in the United States mail

   (b) This Contract incorporates all of the obligations, agreements, and understandings of the parties hereto and there are no oral agreements or understandings between the parties hereto concerning the purpose covered by this Contract.

   (c) If any provision, or any portion thereof, contained in this Contract is held unconstitutional, invalid or unenforceable, the remainder of this Contract, or portion thereof, shall be deemed severable, shall not be affected and shall remain in full force and effect.

   (d) There may be no modification or amendment of this Contract, except in writing.

   (e) This Contract shall be binding upon and inure to the benefit of the parties.

   (f) This Contract shall be construed in accordance with the laws of the state of Kansas.

IN WITNESS WHEREOF, after proper approval and adoption, the Board has caused this Contract to be signed by the Chairperson, and attested by the Clerk, and the President has hereunto affixed his signature on the date set forth above.

BOARD OF TRUSTEES OF
GARDEN CITY COMMUNITY COLLEGE
GARDEN CITY, FINNEY COUNTY, KANSAS

By: _____
William S. Clifford, Chairman

ATTEST:

_____
Debra Atkinson, Board Clerk

PRESIDENT

_____
Dr. Herbert J. Swender