**IN THE UNITED STATES DISTRCT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| HERBERT J. SWENDER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:23-cv-04067 |
| GARDEN CITY COMMUNITY COLLEGE, | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the parties hereto, by and through their counsel of record, and hereby dismiss with prejudice all claims as to Defendant Garden City Community College, each party to bear their own costs.

Prepared and Approved by:

/s/Ronald P. Pope
Ronald P. Pope, KS #11913
RALSTON, POPE & DIEHL, LLC
2913 SW Maupin Lane
Topeka, KS 66614
Ph: (785) 273-8002
Fax: (785) 273-0744
ron@ralstonpope.com
*Attorney for the Plaintiff*

Approved by:

  /s/Gaye Tibbets
Gaye Tibbets, KS, #13240
Hite Fanning & Honeyman, LLP
100 N. Broadway
Suite 950
Wichita, KS 67202
Phone: 316.265.7741
Fax: 316.267.7803
Email: tibbets@hitefanning.com
*Attorney for Defendant*